UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO OCHOA OCHOA,<br><br>  Petitioner,<br><br>  v.<br><br>PAUL THOMPSON, et al.,<br><br>  Respondents. | No.  2:21-cv-1795 KJN P<br><br><br>ORDER |

  Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee.

  Petitioner seeks an expedited hearing.  But in his pleading, petitioner contends that if he is awarded the proper credits under the First Step Act, his release date should be May 24, 2026. Given that such release date is over four years away, the undersigned finds no good cause to order an expedited hearing, and petitioner's request is denied without prejudice.

  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer or a motion to dismiss.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer or a motion to dismiss within sixty days from the date of this order. If an answer is filed, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the motion to dismiss;

3. Petitioner's motion for an expedited hearing (ECF No. 1) is denied without prejudice; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

Dated: December 1, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ocho1795.100.2241