UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO OCHOA OCHOA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PAUL THOMPSON, et al.,<br><br>　　　　Respondents. | No. 2:21-cv-1795 KJN P<br><br><br>ORDER |

　　　Petitioner is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 18, 2022, petitioner filed a reply to the government's response and opposition to motion to dismiss, referring to "Ms. Rodriguez's response." (ECF No. 6.) However, no response or motion to dismiss have been filed. Indeed, respondent's responsive pleading is not yet due. Petitioner's reply was prematurely filed and is disregarded.

　　　In accordance with the above, IT IS HEREBY ORDERED that petitioner's prematurely-filed reply (ECF No. 6) is disregarded.

Dated:  January 27, 2022

　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/ocho1795.disr

1