UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO OCHOA OCHOA,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL THOMPSON, et al.,<br><br>    Respondents. | No. 2:21-cv-1795 KJM KJN P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. Because Mr. Ochoa sought relief under the First Step Act before the Bureau of Prisons was required to undertake the actions Mr. Ochoa alleges it did not undertake, his claim is not ripe. The government correctly argues that the Bureau of Prisons has not yet made any "formalized" decision the "effects" of which Mr. Ochoa has "felt in a concrete way." Resp. at 4, ECF No. 10 (quoting *Nat'l Park Hosp. Ass'n v. Dep't of Interior*, 538 U.S. 803, 807 (2003)).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 11, 2022 are adopted.

2. Respondent's motion to dismiss (ECF No. 10) is granted on the grounds that petitioner's claims are not ripe.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

4. The clerk of court is directed to close this case

DATED: March 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE